UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**CLARENCE GREEN AND TANYA GREEN**          **DOCKET: 21-CV-001**

V.                                          JUDGE deGRAVELLES

**KEN CAMALLO, ET AL.**                     MAGISTRATE WILDER-DOOMES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION TO DISMISS**

NOW INTO COURT, through undersigned Counsel come plaintiffs, Clarence Green and Tanya Green, and defendants, Ken Camallo, the City of Baton Rouge, and Parish of East Baton Rouge, parties to the above entitled and numbered cause, who respectfully move that a Judgment of Dismissal be rendered by the Court dismissing all claims of Clarence Green and Tanya Green, individually and on behalf of her minor children, against Ken Camallo, the City of Baton Rouge, and Parish of East Baton Rouge, with full prejudice, and with each party to bear their own costs.

Pursuant to the Local Rules for the United States District Court for the Middle District of Louisiana, Rule 7(e)(9), a joint motion for dismissal does not require a memorandum in support. The grounds for the Motion to Dismiss are that the parties have settled the claims amicably, and the joint motion comports with Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii).

Motion Submitted by:

| | |
|---|---|
| **/s/ Thomas Frampton** | ANDERSON O. "ANDY" DOTSON, III |
| **THOMAS FRAMPTON (#35775)** | PARISH ATTORNEY |
| University of Virginia School of Law | |
| 580 Massie Road | **/s/ Joseph K. Scott, III** |
| Charlottesville, VA 22903 | **Joseph K. Scott, III (#28223)** |
| Phone: (202) 352-8341 | Special Assistant Parish Attorney |
| Email: tframpton@law.virginia.edu | **Sarah S. Monsour (#30957)** |
| Affiliation for Identification Only | Assistant Parish Attorney |
| *Counsel for Clarence Green &* | 222 St. Louis Street, 9th Floor |
| *Tanya Green, Individually and on* | Baton Rouge, LA 70802 |
| *behalf of her minor children* | Telephone: (225) 389-3114 |
| | Facsimile: (225) 389-8736 |
| | Email: jkscott@brla.gov |
| | Email: ssmonsour@brla.gov |
| | *Attorneys for Ken Camallo, City of Baton Rouge /Parish of East Baton Rouge* |

UNITED STATES DISTRICT COURT

**MIDDLE DISTRICT OF LOUISIANA**

**CLARENCE GREEN AND TANYA GREEN**          **DOCKET: 21-CV-001**

**V.**                                      **JUDGE deGRAVELLES**

**KEN CAMALLO, ET AL.**                     **MAGISTRATE WILDER-DOOMES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Motion to Dismiss was this date electronically filed with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana this  14th  day of  May , 2021.


　　　　　　　　　　　　　　　　　　 **/s/  Joseph K. Scott, III**
　　　　　　　　　　　　　　　　　　 **JOSEPH K. SCOTT, III**