UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**CLARENCE GREEN AND TANYA GREEN**   **DOCKET: 21-CV-001**

**VERSUS**   **JUDGE deGRAVELLES**

**KEN CAMALLO, ET AL.**   **MAGISTRATE WILDER-DOOMES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JUDGMENT OF DISMISSAL

Considering the Joint Motion to Dismiss in the above entitled and number cause;

**IT IS ORDERED** that all claims of the plaintiffs, Clarence Green and Tanya Green, individually and on behalf of her minor children, against the defendants, Ken Camallo, the City of Baton Rouge, and Parish of East Baton Rouge, are hereby dismissed, with prejudice, and with each party to bear their own costs.

Baton Rouge, Louisiana, this 17th day of May, 2021.

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**